IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROOSEVELT WATKINS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO. 2:11-cv-158-MEF |
| v. ) | (WO – Do Not Publish) |
| ) | |
| CITY OF MONTGOMERY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the arguments made by counsel during the January 29, 2013 telephonic status conference, it is hereby ORDERED that:

(1) Plaintiffs' Motion to Strike Trial Witnesses (Doc. #87) is DENIED; and

(2) Plaintiff's Motion to Require Defendant to Bear the Cost of Producing Its "Payroll Records" (Doc. #88) is DENIED.

DONE this the 14th day of February, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE