IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROOSEVELT WATKINS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO. 2:11-cv-158-MEF |
| v. ) | (WO – Do Not Publish) |
| ) | |
| CITY OF MONTGOMERY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Middle District of Alabama is participating in a nationwide pilot program to evaluate the effectiveness of cameras in federal courtrooms. This pilot program applies to civil cases only. No proceedings may be recorded without the approval of the presiding judge, and parties must consent to the recording of each proceeding in a case. The recordings will be made publicly available on www.uscourts.gov and may also be on local participating court websites at the court's discretion. Proceedings will not be broadcast live. The Judicial Conference of the United States website, located at http://www.uscourts.gov/multimedia/cameras.aspx, provides a detailed overview of the pilot program.

It is ORDERED that counsel for the named plaintiff, Roosevelt Watkins, and the defendant, City of Montgomery, must inform the Court of whether the named plaintiff and the defendant give their consent to the video recording and whether there are any limitations on that consent by completing and filing with the Court the form appended hereto no later

than **5:00 p.m. on Thursday, February 21, 2013**.  If consent is given, the Court will assume that all proceedings in this case—other than jury selection and any other proceedings or portions of proceedings specified to be excluded on the form attached—can be recorded.

DONE this the 20th day of February, 2013.

                                                        /s/ Mark E. Fuller
                                        UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROOSEVELT WATKINS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO. 2:11-cv-158-MEF |
| v. ) | (WO – Do Not Publish) |
| ) | |
| CITY OF MONTGOMERY, ) | |
| ) | |
| Defendant. ) | |

RESPONSE TO REQUEST FOR VIDEO RECORDING

Pursuant to the Judicial Conference Committee on Court Administration and Case Management Guidelines for the Cameras Pilot Project in the District Courts, this Court requests that the proceedings in the above-captioned case be video recorded.

On behalf of _____ [party name] and any witnesses called by _____ [party name] in this case, _____ [party name] consents to the following (please check the appropriate box):

[ ]   Consent **is** given to video-record all proceedings in this case.[1]

[ ]   Consent is **not** given to video-record some, but not all, of the proceedings in this case.

[ ]   Consent is **not** given to record the following proceedings and/or parts of proceedings (you may, but are not required to, provide an explanation for why these proceedings and portions of proceedings should not be recorded):

---

1. Even where full consent is given, the jury selection process will never be video recorded.

_____

_____

_____

_____

[ ]      Consent is **not** given to record the testimony of the following witnesses (you may, but are not required to, provide an explanation for why these witnesses should not be recorded):

_____

_____

_____

_____

[ ]      Consent is **not** given to record any of the proceedings in this case (you may, but are not required to, provide an explanation for why consent is not given):

_____

_____

_____

_____

Signature of Attorney: _____

Date: _____