IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROOSEVELT WATKINS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO.  2:11-cv-158-MEF |
| ) | |
| CITY OF MONTGOMERY, ) | (WO – Do Not Publish) |
| ) | |
| Defendant. ) | |

## **ORDER**

It is hereby ORDERED that Plaintiffs' Motion in Limine (Doc. #99) and Plaintiffs' Motion to Exclude Witnesses from Trial (Doc. #100) are DENIED as moot.

It is further ORDERED that Defendant's Motion in Limine (Doc. #111) is DENIED as moot.

DONE this the 19th day of March, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE